| | |
|---|---|
| Robert C. Schubert (S.B.N. 62684)<br>rschubert@schubertlawfirm.com<br>Willem F. Jonchkeer (S.B.N. 178748)<br>wjonckheer@schubertlawfirm.com<br>Jason A. Pikler (S.B.N. 245722)<br>jpikler@schubertlawfirm.com<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161 | Edwin C. Schreiber (S.B.N. 41066)<br>ed@schreiberlawfirm.com<br>Eric A. Schreiber (S.B.N. 194851)<br>eric@schreiberlawfirm.com<br>**SCHREIBER & SCHREIBER, INC.**<br>16501 Ventura Boulevard, Suite 401<br>Encino, California 91436-2068<br>Telephone: (818) 789-2577<br>Facsimile: (818) 789-3391 |

Attorneys for Plaintiff James L. Turkle Trust
[Additional Counsel on Signature Page]

Bruce A. Ericson (State Bar No. 76342)
bruce.ericson@pillsburylaw.com
Jeffrey Jacobi (State Bar No. 252884)
jeffrey.jacobi@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant Wells Fargo & Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. TURKLE TRUST, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation,<br><br>                  Defendant. | Case No. C 11-06494-CW<br><br>**STIPULATION TO APPOINT INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)(3) AND [PROPOSED] ORDER** |

Plaintiff James L. Turkle Trust ("Turkle Trust" or "Plaintiff") and Defendant Wells Fargo & Company ("Wells Fargo" or "Defendant"), by and through the undersigned attorneys, hereby agree and stipulate as follows:

Whereas Fed. R. Civ. P. 23(g)(3) states that the "court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action";

Whereas in the interest of the efficient conduct of this litigation, Defendant does not oppose designation at this time of Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc. to serve as interim counsel to act on behalf of the putative class, while expressly reserving its right to oppose class certification on any grounds;

Whereas a duplicative class action involving Wells Fargo's redemption of Wachovia Capital Trust X 7.85% Trust Preferred Securities ("Capital X TruPS") was filed in the United States District Court of the Central District of California on December 28, 2011 (*Gilberti v. Wells Fargo & Company*, No. 11-10749-JFW);

Whereas the plaintiff in the Central District of California action, through his counsel Schreiber & Schreiber, Inc., voluntarily dismissed the action on January 18, 2012, so as to concentrate litigation involving the Capital X TruPS in a single judicial district;

Whereas the parties believe there is a possibility that additional actions relating to the redemption of Capital X TruPS might be filed and that the appointment of interim class counsel would help to ensure that the parties' pre-certification litigation efforts are conducted efficiently; and

Whereas Plaintiff submits with this stipulation the Declarations of Robert C. Schubert and Edwin C. Schreiber, which provide the court with a foundation under Fed. R. Civ. P. 23(g)(1) for determining that Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc., are qualified to serve as interim counsel on behalf of the putative Class of investors in Capital X TruPS (the declarations being submitted only by Plaintiff, with Defendant reserving the right to contest the declarations' assertions at a future date);

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

Pursuant to Fed. R. Civ. P 23(g)(3), the Court may appoint the law firms of Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc. as Interim Co-Lead Class Counsel to act on behalf of the putative class in this case and in any additional actions on behalf of investors in Capital X TruPS that might be consolidated with this case.

**IT IS SO STIPULATED.**

Dated: February 3, 2012        **SCHUBERT JONCKHEER & KOLBE LLP**

By: /s/ *Robert C. Schubert*
Robert C. Schubert
Willem F. Jonckheer
Jason A. Pikler
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

**SCHREIBER & SCHREIBER, INC.**
Edwin C. Schreiber
Eric A. Schreiber
16501 Ventura Boulevard, Suite 401
Encino, California 91436-2068
Telephone: (818) 789-2577
Facsimile: (818) 789-3391

**LAW OFFICE OF PETER A. LAGORIO**
Peter A. Lagorio
63 Atlantic Avenue
Boston, Massachusetts 02110
Telephone: (617) 367-4200
Facsimile: (617) 227-3384

Attorneys for Plaintiff James L. Turkle Trust

Dated: February 3, 2012        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Bruce A. Ericson*
Bruce A. Ericson
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Wells Fargo & Company

1   I, Jason A. Pikler, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

By: /s/ *Jason A. Pikler*<br>Jason A. Pikler

**[PROPOSED] ORDER**

The Court has considered the above stipulation and the related Declarations of Robert C. Schubert and Edwin C. Schreiber. Pursuant to Fed. R. Civ. P 23(g), the Court finds that the law firms of Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc. will adequately and fairly represent the interests of the Class in pre-class certification proceedings. Accordingly, the Court hereby appoints Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc. as Interim Co-Lead Class Counsel to act on behalf of the putative class in this case and in any additional actions on behalf of investors in Wachovia Capital Trust X 7.85% Trust Preferred Securities ("Capital X TruPS") that might be consolidated with this case.

This order is without prejudice to the rights of Defendant to oppose class certification or appointment of Schubert Jonckheer & Kolbe LLP and Schreiber & Schreiber, Inc. as regular class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P 23(a) and (g).

**IT IS SO ORDERED.**

Date: 2/21/2012

_____
The Honorable Claudia Wilken